doriscastroind

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00031 |
| Plaintiff, | **INDICTMENT** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** [18 U.S.C. §§ 641 & 2] (Count I) |
| DORIS T. CASTRO, | **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** [18 U.S.C. § 1382] (Count II) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT I - THEFT OF GOVERNMENT PROPERTY

Beginning on or about October 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, DORIS T. CASTRO, willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of approximately $2,000, property of the United States, in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT II - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY

Beginning on or about October 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, DORIS T. CASTRO, went upon a United States military

reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title 18, United States Code, Section 1382.

DATED this 4th day of April, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet                                   U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name _____DORIS T. CASTRO_____

Alias Name _____

Address _____

_____Agat, Guam_____

Birthdate xx/xx/1962   SS# xxx-xx-2380   Sex _F_   Race _PI_   Nationality _Chamorro_

**U.S. Attorney Information:**

SAUSA __RYAN M. ANDERSON__

Interpreter: __X__ No ___Yes   List language and/or dialect: _____

**RECEIVED APR - 4 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__   ____ Petty ____ Misdemeanor __x__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 3/30/07   Signature of AUSA: _Ry M. And_____

ORIGINAL