RECEIVED
APR 04 2007
US MARSHALS SERVICE-GUAM

AO 83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

DORIS T. CASTRO

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR-07-00031-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Room<br>302 |
|---|---|
| | Date and Time<br>Friday, April 6, 2007 at 9:30 a.m. |

To answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNT I - Theft of Government Property, 18 U.S.C. §§ 641 and 2

COUNT II - Entering Military, Naval, or Coast Guard Property, 18 U.S.C. § 1382

**FILED**
DISTRICT COURT OF GUAM
APR - 5 2007
MARY L.M. MORAN
CLERK OF COURT

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

April 4, 2007
Date

# RETURN OF SERVICE

Service was made by me on:[1]  Date  4/5/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
RESidence in AGAT

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5 APR 07
Date

J. SALAS
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.