# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00031 |
|---|---|
| Plaintiff, | ) |
| vs. | ) APPOINTMENT ORDER |
| DORIS T. CASTRO, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to April 5, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
U.S. Magistrate Judge
**Dated: Apr 06, 2007**