# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00031-001            DATE: April 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Leilani Toves Hernandez |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:00:59 - 2:22:55 |
| CSO: F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Doris T. Castro | Attorney: Joaquin C. Arriola, Jr. |
| ☑Present ☐Custody ☐Bond ☑P.R. | ☑Present ☐Retained ☐FPD ☑CJA |
| U.S. Attorney: Tanya Cruz | U.S. Agent: |
| U.S. Probation: Grace Flores | U.S. Marshal: S. Lujan |
| Interpreter: | Language: |

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: <u>Guilty</u>
- Report and Recommendation executed by the Court.
- Sentencing set for: <u>July 12, 2007 at 9:30 a.m.</u>
- Draft Presentence Report due to the parties: <u>6/14/2007</u>
- Response to Presentence Report: <u>6/28/2007</u>
- Final Presentence Report due to the Court: <u>7/5/2007</u>
- Defendant released as previously ordered by this Court.

NOTES: