JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *Doris Castro*

FILED
DISTRICT COURT OF GUAM
JUL 0 3 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DORIS T. CASTRO, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. **CR07-00031** <br><br> **DEFENDANT'S OBJECTIONS TO DRAFT PRE-SENTENCE INVESTIGATION REPORT** |

COMES NOW Defendant DORIS T. CASTRO, through counsel, Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., and submits the following Objections to the Draft Pre-Sentence Report (PSR):

1. Defendant objects to and corrects Paragraph 47 of the PSR as follows: John Castro died at age 30; Anthony Castro is her brother, age 40; and Gloria Molano is her sister, age 33. Paragraph 49 of the PSR should reflect that Defendant's eldest daughter, Stephanie Castro, was born on March 5, 1985.

Dated at Hagåtña, Guam: July 3, 2007.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant *DORIS T. CASTRO*

JOAQUIN C. ARRIOLA, JR.

ORIGINAL

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, a copy of Defendant's Objections to Draft Pre-Sentence Report was served upon Plaintiff, United States of America, by hand-delivering a copy thereof to:

>OFFICE OF THE UNITED STATES ATTORNEY
>Criminal Division
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue
>Hagåtña, Guam 96910
>
>STEPHEN GUILLIOTT
>United States Probation Office
>2nd Floor, U.S. Courthouse
>520 W. Soledad Avenue
>Hagåtna, Guam 96910

Dated at Hagåtña, Guam: July 3, 2007

>ARRIOLA, COWAN & ARRIOLA
>Counsel for Defendant *DORIS T. CASTRO*
>
>_____
>JOAQUIN C. ARRIOLA, JR.