**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
AMENDED MINUTES\*\*
SENTENCING**

CASE NO.: CR-07-00031                 DATE: July 12, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Jennifer Moton            Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez / Peter Santos    Electronically Recorded: 9:38:22 - 9:54:26
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Doris T. Castro             Attorney: Joaquin C. Arriola, Jr.
    Present    Custody    Bond    P.R.          Present    Retained    FPD    CJA
U.S. Attorney: Ryan Anderson           U.S. Agent:
U.S. Probation: Stephen Guilliot          U.S. Marshal: V. Roman
Interpreter:                                          Language:

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $2,000.00
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES:
 Government's oral Motion to Dismiss Count II was granted.\*\*

\*\* Amended to include oral motion.