ORIGINAL

CASTRO_D.mtn

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for Plaintiff

**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00031 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO AMEND JUDGMENT** |
| DORIS T. CASTRO, | |
| Defendant. | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully motions this Honorable Court for an Amended Judgment of Defendant DORIS T. CASTRO to exclude the restitution liability be paid jointly and severally with defendant Beverly Joy Castro in Criminal Court No. 07-00030, defendant Teresita M. Leon Guerrero in Criminal Court No. 07-00032 and defendant Vincente S. Quinata in Criminal Case Court No. 07-00036 as defendants Beverly Joy Castro, Teresita M. Leon Guerrero and Vincente S. Quinata's judgments state no joint and several liability with Defendant DORIS T. CASTRO.

//
//

Defendant DORIS T. CASTRO's amended judgment should reflect no restitution liability be paid jointly and severally with, Beverly Joy Castro in Criminal Court No. 07-00030, Teresita M. Leon Guerrero in Criminal Court No. 07-00032 and Vincente S. Quinata in Criminal Case Court No. 07-00036.

RESPECTFULLY submitted this 7th day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney

- 2 -
Case 1:07-cr-00031   Document 29   Filed 12/07/2007   Page 2 of 2