**CASTRO_D.mtnord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DORIS T. CASTRO,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 07-00031<br><br>**O R D E R**<br><br>Re: United States' Motion to Amend Judgment |

　　Based upon the Plaintiff's Motion to Amend Judgment, the Court hereby orders the Clerk, United States District Court of Guam to amend Defendant DORIS T. CASTRO's judgment to exclude the restitution liability be paid jointly and severally with defendant Beverly Joy Castro in Criminal Court No. 07-00030, defendant Teresita M. Leon Guerrero in Criminal Court No. 07-00032 and defendant Vincente S. Quinata in Criminal Case Court No. 07-00036 .

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　/s/ **Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　**Dated: Dec 10, 2007**